NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
30663
10-OCT-2011
11:05 AM

NO. 30663

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


RICHARD D. TANINGCO and GRACE S. TANINGCO,
Plaintiffs/Counterclaim Defendants-Appellees,
v.
GARY O'BRIEN; JEANNE O'BRIEN; JOHN DOES 1-10; JANE
DOES 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10,
Defendants/Counterclaim Plaintiffs-Appellants


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 06-1-00187K)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By:  Nakamura, C.J., Reifurth and Ginoza, JJ.)

Upon consideration of Defendants/Counterclaim
Plaintiffs-Appellants Gary O'Brien and Jeanne O'Brien's
("Appellants") motion to dismiss appeal filed on September 29,
2011, the papers in support, and the records and files herein, it
appears that Appellants no longer wish to pursue this appeal.
Therefore,

IT IS HEREBY ORDERED that the motion to dismiss appeal
is granted, and the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, October 10, 2011.


On the motion:

Robert J. Crudele,
Brian J. De Lima, and
Francis R. Alcain,
for Defendants/Counterclaim
Plaintiffs-Appellants.

Chief Judge

Associate Judge

Associate Judge